UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TOBIAS PAULINO,<br><br>                      Supervisee. | No. 18-cr-148 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    For the reasons stated on the record during the violation of supervised release ("VOSR") presentment on October 6, 2021, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending resolution of the alleged violations of supervised release.

SO ORDERED.

Dated:        October 6, 2021
                 New York, New York

                                                                                                  RICHARD J. SULLIVAN
                                                                                                  UNITED STATES CIRCUIT JUDGE
                                                                                                  Sitting by Designation