UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

TOBIAS PAULINO,
                Supervisee.

18-cr-148 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

       With the consent of the parties, IT IS HEREBY ORDERED THAT the conference currently scheduled for November 8, 2021 at 10:00 a.m. is adjourned to Friday, November 12, 2021 at 2:00 p.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding either in-person in Courtroom 21C or via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:     October 21, 2021
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation