UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TOBIAS PAULINO,<br>　　　　　　　　　　Supervisee. | 18-cr-148 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

　　　　With the consent of the parties, IT IS HEREBY ORDERED THAT the conference currently scheduled for November 12, 2021 at 2:00 p.m. is adjourned to November 17, 2021 at 10:00 a.m. in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding either in-person in Courtroom 21C or via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:　　　November 3, 2021
　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES CIRCUIT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　Sitting by Designation