UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     -v-<br><br>TOBIAS PAULINO,<br>                    Supervisee. | 18-cr-148 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    Supervisee's sentencing will take place at 2:30 p.m. on Thursday, January 27, 2022 in Courtroom 21C at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  Members of the public may monitor the proceeding via the Court's free audio-line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    January 13, 2022
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES CIRCUIT JUDGE
                                                  Sitting by Designation