UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TOBIAS PAULINO,<br>                              Supervisee. | 18-cr-148 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT Harvey Fishbein, Esq., is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee in this matter, *nunc pro tunc* to February 3, 2023. Mr. Fishbein shall promptly file a notice of appearance in Case No. 18-cr-148.

SO ORDERED.

Dated:   February 6, 2023
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation