UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TOBIAS PAULINO,<br>                    Supervisee. | 18-cr-148 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Thursday, February 16, 2023 at 10:30 a.m., at which time Supervisee will be presented on the specifications of violation of supervised release alleged in U.S. Probation's report dated February 3, 2023. The proceeding will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:     February 13, 2023
              New York, New York

                                                                RICHARD J. SULLIVAN
                                                                 UNITED STATES CIRCUIT JUDGE
                                                                 Sitting by Designation