UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TOBIAS PAULINO,<br>                Supervisee. | No. 18-cr-148 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

     IT IS HEREBY ORDERED THAT the parties shall appear before the Court on August 17, 2023 at 10:00 a.m., at which time Supervisee will be sentenced on the specified violation of supervised release in Probation's report dated February 3, 2023.  The proceeding will take place in Courtroom 21C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  IT IS FURTHER ORDERED THAT Supervisee shall submit his sentencing submission by August 3, 2023, and the government shall submit its sentencing submission by August 10, 2023.

SO ORDERED.

Dated:     July 24, 2023
               New York, New York

                                                          _____
                                                            RICHARD J. SULLIVAN
                                                            UNITED STATES CIRCUIT JUDGE
                                                            Sitting by Designation