UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TOBIAS PAULINO,<br>                              Supervisee. | 18-cr-148 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

      IT IS HEREBY ORDERED THAT Harvey Fishbein is reappointed as counsel pursuant to 18 U.S.C. § 3006A to represent Tobias Paulino in the above-captioned matter, *nunc pro tunc* to September 23, 2023.  The Clerk of Court is respectfully directed to terminate the motion at Doc. No. 67.

SO ORDERED.

Dated:    March 10, 2025
             New York, New York

                                                RICHARD J. SULLIVAN
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation